# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 27, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

127892(115)

PIO ZAMMIT,
      Plaintiff-Appellant,

v

                                               SC: 127892
                                               COA: 248776
                                               Macomb CC: 2002-004157-NZ

MEADOWBROOK INSURANCE CARRIER
and CITY OF NEW BALTIMORE,
      Defendants-Appellees.

_____/

      On order of the Court, the motion for reconsideration of this Court's order of September 9, 2005 is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 27, 2006

                                              Clerk

d0221